# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-50428
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRITTANY BUSTOS,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-734-4

————————————————————

Before WIENER, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Brittany Bustos appeals the dismissal of her third-party petition asserting a legal interest in a property located in Monahans, Texas, that was the subject of a final order of forfeiture in a criminal case against her father, Anthony Bustos, Sr. Bustos asserts that she complied with the statutory requirements set forth in 21 U.S.C. § 853(n) and that she sufficiently alleged

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50428

that she was a bona fide purchaser for value of the property at issue. She argues that the district court thus erred by dismissing her petition pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(A).

We review *de novo*. *See United States v. Butt*, 930 F.3d 430, 413 (5th Cir. 2019). Because Bustos's petition fails to allege sufficient facts indicating the time and circumstances under which she acquired her interest in the property and that she was a bona fide purchaser for value of the subject property as required, she has not shown that the district court erred by dismissing her third-party petition. *See* 21 U.S.C. § 853(n)(3), (6)(B); *see also Butt*, 930 F.3d at 413; *United States v. Holy Land Found. for Relief & Dev.*, 722 F.3d 677, 684–85 (5th Cir. 2013).

The district court's judgment is AFFIRMED.